UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GARLAND HARDEMAN, | No. CV 07-1779 PA |
| Petitioner, | CR 02-1208 PA |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

IT IS ADJUDGED that the motion to vacate, set aside or correct sentence pursuant to Title 28, U.S.C. Section 2255 is denied and the action dismissed with prejudice.

DATED: August 4, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE